# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RONALD C. HULSEY & BRIDGET R. HULSEY  Case Number: 06-72418
819 CHICAGO STREET  SSN-xxx-xx-0644 & xxx-xx-0699
BELVIDERE, IL  61008

Case filed on: 12/20/2006
Plan Confirmed on: 8/31/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $33,181.58     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 016 | PARKER D. MOYER & ASSOC., INC. | 275.00 | 275.00 | 275.00 | 0.00 |
|  | Total Administration | 275.00 | 275.00 | 275.00 | 0.00 |
| 000 | BARRICK SWITZER LONG ET AL | 8,086.25 | 8,086.25 | 6,186.25 | 0.00 |
|  | Total Legal | 8,086.25 | 8,086.25 | 6,186.25 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 81,317.00 | 81,317.00 | 24,444.99 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 81,317.00 | 81,317.00 | 24,444.99 | 0.00 |
| 999 | RONALD C. HULSEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | NET BANK MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN EXPRESS BANK FSB | 13,208.41 | 13,208.41 | 0.00 | 0.00 |
| 005 | AMERICAN EXPRESS CENTURION BANK | 10,875.32 | 10,875.32 | 0.00 | 0.00 |
| 006 | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ATTORNEY JAMIE S CASSEL | 11,394.00 | 11,394.00 | 0.00 | 0.00 |
| 008 | ATTORNEY JOSEPH OLSEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 12,269.55 | 12,269.55 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 28,156.71 | 28,156.71 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 6,451.38 | 6,451.38 | 0.00 | 0.00 |
| 012 | CHASE BANK USA NA | 13,721.58 | 13,721.58 | 0.00 | 0.00 |
| 013 | ECMC | 42,464.81 | 0.00 | 0.00 | 0.00 |
| 014 | BLITT & GAINES PC | 2,211.43 | 2,211.43 | 0.00 | 0.00 |
| 015 | NCO FINANCIAL SYSTEMS INC | 579.00 | 579.00 | 0.00 | 0.00 |
|  | Total Unsecured | 141,332.19 | 98,867.38 | 0.00 | 0.00 |
|  | Grand Total: | 231,010.44 | 188,545.63 | 30,906.24 | 0.00 |

Total Paid Claimant: $30,906.24
Trustee Allowance: $2,275.34
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009       By  /s/Heather M. Fagan